UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON PRICE, et al.,

   Plaintiff(s),      No. C 06-4990 PJH

 v.          **SCHEDULING ORDER**

TEKsystems, INC.,

   Defendant(s).

_____/

  Before the court is the September 27, 2007 joint administrative motion to extend the deadline for filing plaintiff's motion for class certification. At the March 15, 2007 case management conference, the court set the date for **hearing** not filing of the class certification motion for October 31, 2007. Thus, per Civ. L.R. 7-2, the motion was to be filed no later than September 26, 2007. The court takes this opportunity to remind the parties that a request to extend a deadline must be made before that deadline has expired. Future oversights of this nature will result in a denial of the request.

  Despite its tardiness, the court nonetheless grants the request to extend the deadline for hearing until January 30, 2008. Accordingly, the following briefing schedule is ordered:

   Moving papers shall be filed December 26, 2007

   Opposition shall be filed January 9, 2008

   Reply shall be filed January 16, 2008

   Hearing will take place January 30, 2008 at 9:00 am

**IT IS SO ORDERED.**

Dated: October 1, 2007

              _____
              PHYLLIS J. HAMILTON
              United States District Judge