1  LAW OFFICES OF JARED E. PETERSON
   Jared E. Peterson (Bar No. 49700)
2  2017 Lincoln Street
   Berkeley, California 94709
3  Telephone: (510) 841-4462
   Facsimile: (510) 841-4464
4  Email: jaredep@pacbell.net

5  FLYNN, DELICH & WISE LLP
   James B. Nebel (Bar No. 69626)
6  One California Street, Suite 350
   San Francisco, California 94111
7  Telephone: (415) 693-5566
   Facsimile: (415) 693-0410
8  Email: jamesn@fdw-law.com

9  Attorneys for Plaintiffs
   BRANDON PRICE and CHARLES ADAMS
10

11 KAUFF McCLAIN & McGUIRE LLP
   Keith Chrestionson (Bar No. 130936)
12 One Post Street, Suite 2600
   San Francisco, California 94104
13 Telephone: (415) 421-3111
   Facsimile: (415) 421-0938
14 Email: chrestionson@kmm.com

15 Attorneys for Defendant
   TEKsystems, INC.
16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

19 BRANDON PRICE and CHARLES ADAMS,  ) Case No.: C 06 04990 PJH
20 on behalf of themselves and those similarly ) JOINT STATUS REPORT AND REQUEST
   situated,                                 ) TO VACATE HEARING DATE FOR
21                                            ) MOTION TO CERTIFY CLASS;
                                              ) [P~~ROPOSED~~] ORDER
22              Plaintiffs,                   )
                                              )
23       v.                                   )
                                              )
24 TEKsystems, INC.; and DOES 1 through 500,  )
                                              )
25              Defendants.                   )
                                              )
26                                            )
                                              )
27                                            )
                                              )
28                                            )

JOINT STATUS REPORT AND REQUEST TO VACATE HEARING DATE FOR MOTION TO
CERTIFY CLASS; [PROPOSED] ORDER    -1-
Case No. C 06 04990 PJH

## JOINT STATUS REPORT

Plaintiffs, BRANDON PRICE and CHARLES ADAMS (collectively, "plaintiffs"), assert "wage and hour" claims under California law in this action. They bring their claims on behalf of themselves and those similarly situated.

Plaintiffs and defendant TEKsystems, INC. ("TEK" or "defendant"), through their respective counsel, jointly report that they have reached a proposed settlement in this action. The parties are in the process of drafting the settlement papers required to submit the proposed settlement to the Court for preliminary approval.

On October 1, 2007, this Court entered an Order scheduling the hearing for plaintiffs' anticipated motion to certify the class for January 30, 2008. The Court established a briefing schedule that required plaintiffs' moving papers to be filed by December 26, 2007, defendant's opposition by January 9, 2008 and plaintiffs' reply by January 16. The parties request that the Court now vacate that hearing date and allow them to file their moving papers on a motion for preliminary approval of the settlement to be heard on February 27, 2008.

Dated: December 4, 2007       LAW OFFICES OF JARED E. PETERSON
                              FLYNN, DELICH & WISE LLP

                              /s/
                              By _____
                                  James B. Nebel
                                  Attorneys for Plaintiffs
                                  BRANDON PRICE and CHARLES ADAMS

Dated: December 4, 2007       KAUFF McCLAIN & McGUIRE LLP

                              /s/
                              By _____
                                  Keith Chrestionson
                                  Attorneys for Defendant
                                  TEKsystems, INC.

I, Keith Chrestionson, am the ECF User whose ID and password are being used to file this Certification of Service. In compliance with General Order 45, X.B., I hereby attest that James B. Nebel has read and approved this Joint Status Report And Request To Vacate Hearing Date For Motion To Certify Class; [Proposed] Order and consents to its filing in this action.

JOINT STATUS REPORT AND REQUEST TO VACATE HEARING DATE FOR MOTION TO
CERTIFY CLASS; [PROPOSED] ORDER    -2-
Case No. C 06 04990 PJH

**[~~PROPOSED~~] ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the hearing date for plaintiffs' anticipated motion to certify a class is vacated. The parties shall file their moving papers on a motion for preliminary approval of the proposed settlement to be heard on February 27, 2008.

Dated: December 6, 2007



_____
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

JOINT STATUS REPORT AND REQUEST TO VACATE HEARING DATE FOR MOTION TO CERTIFY CLASS; [PROPOSED] ORDER     -3-
Case No. C 06 04990 PJH