LAW OFFICES OF JARED E. PETERSON
Jared E. Peterson (Bar No. 49700)
2017 Lincoln Street
Berkeley, California 94709
Telephone: (510) 841-4462
Facsimile: (510) 841-4464
Email: jaredep@pacbell.net

FLYNN, DELICH & WISE LLP
James B. Nebel (Bar No. 69626)
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
Email: jamesn@fdw-law.com

Attorneys for Plaintiffs
BRANDON PRICE and CHARLES ADAMS

KAUFF McCLAIN & McGUIRE LLP
Keith Chrestionson (Bar No. 130936)
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938
Email: chrestionson@kmm.com

Attorneys for Defendant
TEKsystems, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDON PRICE and CHARLES ADAMS, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEKsystems, INC.; and DOES 1 through 500,<br><br>Defendants. | Case No.: C 06 04990 PJH<br><br>**JOINT ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OR ALTERNATIVELY TO SHORTEN TIME FOR HEARING ON MOTION; [PROPOSED] ORDER**<br><br>(Submitted on papers subject to Court's discretion to hold hearing) |

JOINT ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL
OR ALTERNATIVELY TO SHORTEN TIME FOR HEARING ON MOTION; [PROPOSED] ORDER          -1-
Case No. C 06 04990 PJH

4840-1247-5650.1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

## ADMINISTRATIVE MOTION

Plaintiffs, BRANDON PRICE ("Price") and CHARLES ADAMS ("Adams") (collectively, "plaintiffs"), and defendant TEKsystems, INC. ("TEK" or "defendant"), through their respective counsel, jointly submit this Administrative Motion to continue the hearing date on the motion for preliminary approval or, alternatively, to shorten time for hearing on the motion. The parties submit the motion on the papers, subject to the Court's discretion to hold a hearing.

The parties represent the following and make the following request:

1.     The parties have reached a proposed settlement of this action in which plaintiffs, on behalf of themselves and those similarly situated, assert "wage and hour" claims under California law in this action. On December 4, 2007, the parties informed the Court of the settlement and requested the Court to schedule a hearing date on the motion for preliminary approval of the settlement for February 27, 2007. The Court entered an Order on December 6, 2007, granting that request.

2.     The parties have been working cooperatively and diligently to prepare the necessary papers for the motion, which will be made by the plaintiffs and not opposed by the defendant. The papers are ready to be filed with the exception of the Joint Stipulation of Settlement and Release. The plaintiffs prepared a draft and the parties have engaged in negotiations relating to the release language. The issue is complicated by the fact that similar and potentially overlapping actions have been filed in other courts and it has taken quite some time to determine the extent of the overlap and how that may affect the release to be entered into in this action. The parties are now very close to a resolution of those issues and expect to have them resolved in the next two weeks.

3.     Under the circumstances, the parties request the Court to either continue the hearing on the motion for preliminary approval to March 12, 2008 at 9:00 a.m., or, alternatively, shorten time for hearing on the motion so that papers filed by February 4, 2008, will be deemed to

////

////

////

JOINT ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL
OR ALTERNATIVELY TO SHORTEN TIME FOR HEARING ON MOTION; [PROPOSED] ORDER          -2-
Case No. C 06 04990 PJH

4840-1247-5650.1

be timely filed for hearing on the motion as presently scheduled.

Respectfully submitted,

Dated: January 18, 2008        LAW OFFICES OF JARED E. PETERSON
                               FLYNN, DELICH & WISE LLP

                                        /s/
                               By _____
                                   James B. Nebel
                                   Attorneys for Plaintiffs
                                   BRANDON PRICE and CHARLES ADAMS

Dated: January 18, 2008        KAUFF McCLAIN & McGUIRE LLP

                                        /s/
                               By _____
                                   Keith Chrestionson
                                   Attorneys for Defendant
                                   TEKsystems, INC.

## [PROPOSED] ORDER

Good cause appearing, **IT IS HEREBY ORDERED:**

The hearing date for the motion for preliminary approval of the class action settlement that
the parties have reached in this action is continued until March 12, 2008 at 9:00 a.m.
[Alternatively, the time for filing of the papers relating to the hearing that is scheduled for
February 27, 2008 at 9:00 a.m. is shortened so that the papers in support of the motion will be
deemed timely filed if filed on or before February 4, 2008].

Dated: 1/23/08

UNITED STATES

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL
OR ALTERNATIVELY TO SHORTEN TIME FOR HEARING ON MOTION; PROPOSED ORDER        -3-
Case No. C 06 04990 PJH

4840-1247-5650.1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566