Keith Chrestionson (SBN 130936)
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Phone: (415) 364-5540
Fax:   (415) 391-4436
Email: kchrestionson@foxrothschild.com
Attorney for Defendant, TEKsystems Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON PRICE and CHARLES ADAMS, on behalf of themselves and those similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>TEKsystems, INC., et al.<br>Defendant(s). | CASE NUMBER<br>C 06 049990 PJH<br><br><br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

TEKsystems, Inc.     ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Fox Rothschild LLP__
                                                        *New Attorney*

as attorney of record in place and stead of __Kauff, McClain & McGuire LLP__
                                              *Present Attorney*

Dated June 23, 2008    _____
                       *Signature of Party/Authorized Representative of Party*
                       Thomas B. Buddy, Group General Counsel- TEKsystems, Inc.

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated June __, 2008    _____
                       *Signature of Present Attorney*
                       Kauff, McClain & McGuire LLP

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated June 23, 2008    _____
                       *Signature of New Attorney*
                       Keith Chrestionson, Fox Rothschild LLP
                       130936
                       *State Bar Number*

~~If party requesting to appear Pro Se:~~

Dated 6/25/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER)...

G-01 (03/06)           REQUEST FOR APPROVAL OF SUBSTITUTION
SFI 2818v1 06/20/08